DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.L.,** the mother
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D19-196

[May 10, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 2016DP000762.

Gary L. Pickett, West Palm Beach, for appellant.

Andrew Feigenbaum, West Palm Beach, for appellee Department of Children and Families.

Thomasina Moore and Laura J. Lee, Tallahassee, for appellee Guardian ad Litem Program.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***